UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 6:21-cr-007-CHB-8 |
| | ) | |
| v. | ) | |
| | ) | **ORDER ADOPTING** |
| HOLLY C. WADDLE, | ) | **RECOMMENDATION OF** |
| | ) | **ACCEPTANCE OF GUILTY PLEA** |
| Defendant. | ) | |
| | ) | |
| | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

After conducting proceedings under Rule 11, *see* [R. 540], United States Magistrate Judge

Hanly A. Ingram recommended that the undersigned accept Defendant Holly C. Waddle's guilty plea

and adjudge her guilty of Count One of the Superseding Indictment. *Id.* The magistrate judge

informed Defendant of each of the subjects mentioned in Rule 11 and determined that the conditional

guilty plea was knowledgeable and voluntary and that the offense charged is supported by an

independent basis in fact containing each of the essential elements of such offense.  *Id.* at 1–2. The

magistrate judge therefore recommended that the plea of guilty be accepted by the undersigned.  *Id.* at

3. Judge Ingram imposed a three-day deadline for any objection. *Id.* at 3. That deadline has passed,

and neither the defendant nor the United States has objected.

The Court is not required to "review … a magistrate's factual or legal conclusions, under a *de*

*novo* or any other standard, when neither party objects to those findings." *Thomas v. Arn,* 474 U.S.

140, 150 (1985); *see also United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981) (holding that

a failure to file objections to a magistrate judge's recommendation waives the right to appellate

review); Fed. R. Crim. P. 59(b)(2)-(3) (limiting *de novo* review duty to "any objection" filed); 28

U.S.C. § 636(b)(1) (limiting *de novo* review duty to "those portions" of the recommendation "to which objection is made").

Accordingly, and the Court being otherwise advised,

**IT IS HEREBY ORDERED** as follows:

1.     The Court **ADOPTS** the Recommendation of Acceptance of Guilty Plea, [**R. 540**], **ACCEPTS** Defendant Holly C. Waddle's guilty plea, and **ADJUDGES** her guilty of Count One of the Superseding Indictment to which she pleaded.  The Court will issue a separate sentencing order.

This the 7th day of January, 2025.



CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc:  Counsel of Record
     United States Probation

2